# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
*** *mail all correspondence*

December 17, 2025

Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: December 18, 2025**

The extension request is GRANTED and scheduled proposed herein ADOPTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 9.

**Re: Beatriz Elena Velez v. Comm'r of SSA  1:25-cv-06522-VF**

Dear Honorable Judge Figueredo:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings is due on December 18, 2025.  Due to multiple briefs coming due on or around the same date as a result of the ending of administrative stays related to the government funding, Plaintiff has not been able to timely prepare the brief in this matter.  Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days.  Defendant has given consent, and the parties propose the following schedule for all further filings:

- Plaintiff's motion shall be due on February 16, 2026;
- Defendant's motion in response shall be due on April 20, 2026; and
- Plaintiff's reply, if any, shall be due on May 11, 2026.

No previous request for an extension has been made in this case.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.

Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Jonathan King, Esq.   (Via ECF)
        Attorney for Defendant.