**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
BEATRIZ VELEZ,

                                   Plaintiff,                    25 **CIVIL** 6522 (VF)

           -v-                                                   <u>**JUDGMENT**</u>

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                                   Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated April 8, 2026, that this action be, and hereby is,

reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings and issuance of a new decision. See

Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

          April 9, 2026

                                                        **TAMMI M. HELLWIG**
                                                  _____
                                                        **Clerk of Court**

                                   **BY:**

                                                  _____
                                                        **Deputy Clerk**